**2010–1810.   State ex rel. Nash v. Donnelly.**
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.